IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>RUBEN AMADO-GONZALEZ<br><br>Defendant, | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION<br><br><br><br>Case No. 2:07-CR-89 |

On May 16, 2007, Defendant was sentenced to a ten month term of imprisonment. Judgment was entered on May 18, 2007.[1]  Defendant has now filed a letter, which the Court has construed as a Motion.  Defendant requests that the Court either send him to federal prison or Weber County Jail.  The Bureau of Prisons makes this determination, not the Court.[2]  As the Court is without jurisdiction, Defendant's Motion (Docket No. 22) is DENIED.

DATED July 6, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[1] Docket No. 20.

[2] *See* 18 U.S.C. § 3621(b).